

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-15-00132-CV

## Trial Court No. C1430149

**Dominique A. Malone**

**Vs.**

**Progressive County Mutual Insurance Company**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Indigent | $25.00 | Dismissed, not paid |
| Required Texas.gov efiling fee | $20.00 | Dismissed, not paid |
| Filing | $100.00 | Dismissed, not paid |
| Supreme Court chapter 51 fee | $50.00 | Dismissed, not paid |
| **TOTAL:** | $195.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 28th day of August 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk